# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2189
_____

ERWIN D. WILLIAMS, Former
Husband,

    Appellant,

    v.

ANDREA WILLIAMS, Former Wife,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Jack Schemer, Judge.

April 11, 2019


PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian P. North, Fort Walton Beach, for Appellant.

Cindy L. Lasky, Jacksonville, for Appellee.